IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSAC ACQUISITION CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. _____ |
| ) | |
| SINO SWEARINGEN AIRCRAFT CORPORATION, ) | |
| EMIRATES GLOBAL CAPITAL (US), LLC, and ) | |
| ACTION AVIATION INVESTORS, LLC ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## SSAC ACQUISITION CORP.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff SSAC Acquisition Corp. ("SSAC") states the following: (i) SSAC has no parent company; and (ii) no publicly held corporation owns 10% or more of SSAC. SSAC reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

/s/ Stephen E. Herrmann
Stephen E. Herrmann (#691)
herrmann@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff SSAC Acquisition Corp.