IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSAC ACQUISITION CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SINO SWEARINGEN AIRCRAFT CORPORATION, ) <br> EMIRATES GLOBAL CAPITAL (US), LLC, and ) <br> ACTION AVIATION INVESTORS, LLC ) <br> ) <br> Defendants. ) | C.A. No. 07-842 <br><br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of William C. Wilkinson and O. Judson Scheaf, III of Thompson Hine LLP, 10 West Broad St., Suite 700, Columbus, Ohio 43215 to represent Plaintiff SSAC Acquisition Corp.

/s/ Stephen E. Herrmann
Stephen E. Herrmann (#691)
herrmann@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff SSAC Acquisition Corp.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of December, 2007.

_____
United States District Judge

RLF1-3237786-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

William C. Wilkinson
Thompson Hine LLP
10 W. Broad St., Suite 700
Columbus, Ohio 43215

Dated: December 21, 2007

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
O. Judson Scheaf, III.
Thompson Hine LLP
10 W. Broad St., Suite 700
Columbus, Ohio 43215

Dated: December 21, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

SINO SWEARINGEN AIRCRAFT CORPORATION
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

EMIRATES GLOBAL CAPITAL (US), LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

ACTION AVIATION INVESTORS, LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

/s/ Stephen E. Herrmann
Stephen E. Herrmann (#691)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
herrmann@rlf.com