AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
### DISTRICT OF DELAWARE

| | |
|---|---|
| SSAC Acquisition Corp., <br><br> Plaintiff, <br><br> v. <br><br> Sino Swearingen Aircraft Corporation, Emirates Global (US), LLC, and Action Aviation Investors, LLC <br><br> Defendants. | SUMMONS IN A CIVIL ACTION <br><br> CASE NUMBER: 07-842 |

TO: Action Aviation Investors, LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Stephen E. Herrmann, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_E. Stuckti_ (signature)
(BY) DEPUTY CLERK

DEC 21 2007
DATE

RLF1-3237873-1

• AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/24/07 | |
| NAME OF SERVER (PPJNT) KEVIN S. DUNN | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: ACTION AVIATION INVESTORS, LLC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/24/07
        Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure