IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSAC ACQUISITION CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>SINO SWEARINGEN AIRCRAFT CORPORATION, EMIRATES GLOBAL CAPITAL US LLC, AND ACTION AVIATION INVESTORS LLC,<br><br>    Defendants. | C.A. No. 07-842 (JJF) |

ORDER

Upon consideration of the Motion to Extend Defendants' Time to Respond to Complaint and the Court being fully informed, it is hereby

ORDERED this 15 day of January 2008 that the Motion be GRANTED and that the Defendant Sino Swearingen Aircraft Corporation, Emirates Global Capital US LLC and Action Aviation Investors, LLC, shall answer or otherwise respond to the Complaint on or before February 13, 2008.

_____
Honorable Joseph J. Farnan JR
United States District Court Judge