IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSAC ACQUISITION CORP., <br><br> Plaintiff, <br><br> v. <br><br> SINO SWEARINGEN AIRCRAFT CORPORATION, EMIRATES GLOBAL CAPITAL US, LLC, AND ACTION AVIATION INVESTORS LLC, <br><br> Defendants. | C.A. No. 07-842 (JJF) |

**STIPULATED ORDER EXTENDING DEFENDANTS' TIME
TO RESPOND TO COMPLAINT**

1. In light of the parties' continuing good faith negotiations toward resolving this matter, the parties hereby stipulate and agree to extend the time in which Defendants may answer, move or otherwise plead in regard to the Complaint in the above captioned matter for an additional twenty-one (21) days.

2. The Defendants will answer, move or otherwise plead no later than March 5, 2008 unless another extension is granted by the Court.

Dated: February 8, 2008

_____
Brian A. Sullivan (#2098)
Amy D. Brown (#4077)
Werb & Sullivan
300 Delaware Ave., 13th Floor
Wilmington, DE 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

and

_____
Stephen E. Herrmann (#691)
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

and

Craig Corsini  
Tom Tseng  
Law Offices of Lai & Associates, PC  
5800 Ranchester Drive, Suite 200  
Houston, TX 77036  

William C. Wilkinson  
O. Judson Scheaf, III.  
Thompson Hine LLP  
10 W. Broad St., Suite 700  
Columbus, Ohio 43215  

SO ORDERED this ____ day of February, 2008.

_____  
Honorable Joseph J. Farnan  
United States District Court Judge