IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSAC ACQUISITION CORP., <br><br> Plaintiff, <br><br> v. <br><br> SINO SWEARINGEN AIRCRAFT CORPORATION, EMIRATES GLOBAL CAPITAL US, LLC, AND ACTION AVIATION INVESTORS LLC, <br><br> Defendants. | C.A. No. 07-842 (JJF) |

**STIPULATED ORDER EXTENDING DEFENDANTS' TIME
TO RESPOND TO COMPLAINT**

1. The parties have resolved this matter in principal, but their merger agreement is now conditioned upon approval of CFIUS (Committee on Foreign Investment in the United States).

2. It is the understanding of the parties that CFIUS approval may take anywhere from forty-five to ninety days. As such, the parties hereby stipulate and agree to extend the time in which Defendants may answer, move or otherwise plead in regard to the Complaint in the above captioned matter for an additional forty-five (45) days.

3. The Defendants will answer, move or otherwise plead no later than May 12, 2008 unless another extension is granted by the Court.

Dated: March 26, 2008

/s/ Amy D. Brown
Brian A. Sullivan (#2098)
Amy D. Brown (#4077)
Werb & Sullivan
300 Delaware Ave., 13th Floor
Wilmington, DE 19801

/s/ Stephen E. Herrmann
Stephen E. Herrmann (#691)
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Telephone: (302) 652-1100  
Facsimile:  (302) 652-1111  
abrown@werbsullivan.com  

and

Craig Corsini  
Tom Tseng  
Law Offices of Lai & Associates, PC  
5800 Ranchester Drive, Suite 200  
Houston, TX 77036  
ccorsini@lailawus.com  

Telephone: (302)651-7700  
Facsimile: (302)651-7701  
herrmann@RLF.com  

and

William C. Wilkinson  
O. Judson Scheaf, III.  
Thompson Hine LLP  
10 W. Broad St., Suite 700  
Columbus, Ohio 43215  
William.wilkinson@thompsonhine.com  


SO ORDERED this ____day of March, 2008.

_____  
Honorable Joseph J. Farnan, Jr.  
United States District Court Judge