IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSAC ACQUISITION CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>SINO SWEARINGEN AIRCRAFT CORPORATION, EMIRATES GLOBAL CAPITAL US, LLC, AND ACTION AVIATION INVESTORS LLC,<br><br>        Defendants. | C.A. No. 07-842 (JJF) |

### STIPULATED ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT

1. The parties have resolved this matter in principal, but their merger agreement is now conditioned upon approval of CFIUS (Committee on Foreign Investment in the United States).

2. It is the understanding of the parties that CFIUS approval would take anywhere from forty-five to ninety days from the date a request for approval was submitted. The earliest the parties could receive such approval would be May 14, 2008, two days after the answer is due. As such, the parties hereby stipulate and agree to extend the time in which Defendants may answer, move or otherwise plead in regard to the Complaint in the above captioned matter for an additional sixty (60) days.

3. The Defendants will answer, move or otherwise plead no later than July 9, 2008 unless another extension is granted by the Court.

Dated: May 9, 2008

/s/ Amy D. Brown
Brian A. Sullivan (#2098)
Amy D. Brown (#4077)

/s/ Stephen E. Herrmann
Stephen E. Herrmann (#691)
Richards Layton & Finger, P.A.

Werb & Sullivan  
300 Delaware Ave., 13th Floor  
Wilmington, DE 19801  
Telephone: (302) 652-1100  
Facsimile: (302) 652-1111  

and

One Rodney Square  
920 N. King Street  
Wilmington, DE 19801  
Telephone: (302)651-7700  
Facsimile: (302)651-7701  

and

Craig Corsini  
Tom Tseng  
Law Offices of Lai & Associates, PC  
5800 Ranchester Drive, Suite 200  
Houston, TX 77036  

William C. Wilkinson  
O. Judson Scheaf, III.  
Thompson Hine LLP  
10 W. Broad St., Suite 700  
Columbus, Ohio 43215  

SO ORDERED this ____ day of May, 2008.

_____  
Honorable Joseph J. Farnan  
United States District Court Judge