IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSAC ACQUISITION CORP., <br><br> Plaintiff, <br><br> v. <br><br> SINO SWEARINGEN AIRCRAFT CORPORATION, EMIRATES GLOBAL CAPITAL US, LLC, AND ACTION AVIATION INVESTORS LLC, <br><br> Defendants. | C.A. No. 07-842 (JJF) |

### STIPULATED ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT

1. The parties have resolved this matter in principal, but their merger agreement is now conditioned upon approval of CFIUS (Committee on Foreign Investment in the United States).

2. It is the understanding of the parties that CFIUS approval would take anywhere from forty-five to ninety days from the date a request for approval was submitted. The parties are still awaiting CFIUS approval. As such, the parties hereby stipulate and agree to extend the time in which Defendants may answer, move or otherwise plead in regard to the Complaint in the above captioned matter for an additional sixty (60) days.

3. The Defendants will answer, move or otherwise plead no later than September 9, 2008 unless another extension is granted by the Court.

Dated: July 18, 2008

| | |
|---|---|
| /s/ Amy D. Brown | /s/ Stephen E. Herrmann |
| Brian A. Sullivan (#2098) | Stephen E. Herrmann (#691) |
| Amy D. Brown (#4077) | Richards Layton & Finger, P.A. |
| Werb & Sullivan | One Rodney Square |

| | |
|---|---|
| 300 Delaware Ave., 13th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-1100<br>Facsimile:  (302) 652-1111 | 920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302)651-7700<br>Facsimile: (302)651-7701 |
| and | and |
| Craig Corsini<br>Tom Tseng<br>Law Offices of Lai & Associates, PC<br>5800 Ranchester Drive, Suite 200<br>Houston, TX 77036 | William C. Wilkinson<br>O. Judson Scheaf, III.<br>Thompson Hine LLP<br>10 W. Broad St., Suite 700<br>Columbus, Ohio 43215 |

SO ORDERED this ____day of July, 2008.

                                                            _____
                                                            Honorable Joseph J. Farnan
                                                            United States District Court Judge