IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSAC ACQUISITION CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-842 (JJF) |
| | ) | |
| SINO SWEARINGEN AIRCRAFT CORPORATION, | ) | |
| EMIRATES GLOBAL CAPITAL (US), LLC, and | ) | |
| ACTION AVIATION INVESTORS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff SSAC Acquisition Corp, by and through its undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned matter without prejudice.

Stephen E. Herrmann (#691)
herrmann@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff SSAC Acquisition Corp.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
fineman@rlf.com

RLF1-3307986-1